O

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 10/8/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

OCT - 8 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MICHAEL BIRD,

      Plaintiff,

vs.

L. GALLE, et al.,

      Defendants.

Case No. CV 08-8530-CAS (RNB)

ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge filed August 24, 2009. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that:

    1.    defendants' Motion to Dismiss plaintiff's claim pertaining to the possession and use of ceremonial objects without leave to amend is granted;

    2.    defendants' Motion to Dismiss all of plaintiff's claims against defendant Marshall is granted, and those claims are dismissed without leave to amend; and

//

//

1      3.    defendants Cantu, Moskowitz, Alderson, and Farao serve and file an Answer to plaintiff's remaining claims in the First Amended Complaint within thirty (30) days.

DATED:    October 5, 2009

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE